# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| ROBERT H. JOHNSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-CV-00085-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| DEE DEE ROMINGER | ) | |
| JASKA H. ROMINGER | ) | |
| LEN D. HAGAMAN | ) | |
| STACY EGGERS IV | ) | |
| TOM HUGHES | ) | |
| JESSICA WINEBARGER | ) | |
| CHAD SLAGLE | ) | |
| BETH BERRY | ) | |
| KERI L. TRIPLETT, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 2, 2015, Order.

Signed: July 2, 2015

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court